MERCHANTS SQUARE CORPORATION, Respondent, v. ENDICOTT-JOHNSON CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements.

No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.